David Portee
C-50736/FW-331-U
P.O. BOX 689
Soledad, Ca 93960-0689

IN - PRO-SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DAVID PORTEE.,
   plaintiff.,

   v.

COUNTY OF SANTA CLARA,
and JAMES NORRISS

CASE No.- CV 08 3566

COMPLAIN UNDER THE CIVIL RIGHTS ACT 42 U.S.C §1983

JURY TRIAL DEMANDED

INTRODUCTION

1. This action is filed Pro-Se by a prisoner currently confined within the Correctional Training Facility,(CTF),located in Soledad,California. The plaintiff alleges that Santa Clara County,and James Norris a criminalst employed by defendant Santa Clara County,unlawfully and maliciously destroyed potentially exonerating evidence. Thereby violating the CONSTITUTION OF THE UNITED STATES OF AMERICA, specifically the FOURTEENTH AMENDMENT.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

2. No exhaustion requirements are necessary,pertaining to Federal Constitutional violations.

PARTIES

1

3. Santa Clara County is a person for 42 U.S.C.1983 purposes. And is herein sued in it's individual capacity.

4. James Norris is a Criminalist employed by Santa Clara County responsible for unlawfully destroying evidence. He is sued in his individual Capacity.

### CAUSE IN FACT

5. On June 20,1982, the plaintiff was convicted of a violation of the penal Code, following a trial by jury, in Santa Clara County Superior Court Case No: 80888.

6. During the Course of Direct Appeal the plaintiff was represented by Mr. John Kelley, Attorney at Law Mr.Kelly submitted a motion for the preservation of evidence, in the Superior Court of Santa Clara County, in case No: 80888.

7. The motion was granted by Santa Clara Superior Court judge, Jeremy Fogel on October 1,1986, wherein he ordered that

> "No evidence be destroyed until all state and federal petitions for writs of habease corpus and other collateral proceedings, whether or not such proceedings have been currently initiated, have been completed or until such time as defendant has indicated in writing to the court that no further petitions o& other collateral proceedings will be sought by him."

8. During the course of collateral review the plaintiff was represented by the innocence project of Santa Clara County. The innocence project of Santa Clara County in turn appointed Ms.Linda Starr Attorney At Law.

9. Linda Starr; initiated a complete discovery whereupon it was asertained that the "preservation of evidence" order of Oct 1,1986, had been violated.

10. Ms.Linda Starr repeated attempted to obtain the potentially exonerating evidence in the plaintiff's behalf.

11. On Jan 4,2008, the plaintiff was notified by Ms.Linda Starr, that the evidence in case No:80888 was destroyed.

12. On Jan 31,2008, Santa Clara County Superior Court Judge Ray Cunningham

2

1  terminated the innocence project of Santa Clara County, as
2  plaintiff's counsel.

### CONSTITUTIONAL VIOLATIONS

13. The conduct of defendants James Norris upon destroying the potentially exonerating deoxyribonucleic acid (DNA) evidence ignoring a Superior Court order to preserve all the evidence in the plaintiff's case, contributed to and proximately caused a denial of the plaintiff's due process rights in violation of the Fourteeth Amendment to the United States of America.

14. And deprived plaintiff of the opportunity to make a conclusive showing of actual innocences, in violation of the Cruel and Unusual Punishment of the Eighth Amendment of the United States of America.

15. Defendants deprived plaintiff of his right to present evidence of his innocences in State and Federal Court.

16. The conduct of City of Santa Clara County municipality is liable for Constitutional violations resulting from it's failure to train municipal employees, not to destroy evidence over a Superior Court order to preserve all the evidence in plaintiff's case contributed to and proximately caused a denial of the plaintiff's due process rights in violation of the Fourteeth Amendment of the United States of America.

17. Defendants deprived plaintiff of the opportunity to make a conclusive showing of actual innocence, in violation of the Cruel and Unusual Punishment of the Eighth Amendment of the United States of America.

PRAYER FOR RELIEF

18. Compensatory damages as follows: jointly and sererally against defendants Santa Clara County, and criminalist James Norris for humiliation and mental anguish and emotional dress from thier denial of due process in destroying this evidence in violation with a Superior Court order to preserve all the evidence, in violation of the Fourteeth Amendment of the United United States Constitution.

19. Punitive damages: against defendants James Norris criminalist for reckless and callous disregard for the plaintiff's rights as well as intentional violations of Federal Law.

20. Punitive damages: against defendant Santa Clara County for reckless and callous disregard for the plaintiff's rights as well as intentional violations of Federal Law.
 Intented to punish the defendants for there conduct and to deter them and others from committing similar acts in the furture.

21. Plaintiff request this Court to appoint counsel in this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed This 21 day of July 2008

*Daniel Portee*

Plaintiff's signature

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, DAVID PORTEE, declare:

I am over 18 years of age and a party to this action. I am a resident of CTF-Soledad Prison, in the county of _____, State of California. My prison address is: P.O. Box 689 F-331U Soledad Ca.

On July 2008
(DATE)

I served the attached: 42 U.S.C. 1983 Civil Compliant

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008
(DATE)

_Daniel Portee_
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-



David Porter C-50262
P.O. Box 689 F-331U
Soledad, Ca. 93960-0689

Pro Se

Confidential Legal Mail

Clerk of the United States
District Court for the Northern Dis:
of California.
450 Golden Gate Ave
Box 36060
San Francisco, Ca. 94102

RECEIVED
JUL 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

