FILED
08 JUL 25 AM 11: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID PORTEE, Plaintiff,

vs.

COUNTY OF SANTA CLARA, Defendant.
and JAMES NORRIS

CASE NO. CV 08 3566

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DAVID PORTEE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No __X__

    b. Income from stocks, bonds, or royalties?      Yes ____ No __X__

    c. Rent payments?      Yes ____ No __X__

    d. Pensions, annuities, or life insurance payments?      Yes ____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

_____

3. Are you married?      Yes ____ No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support: $ _____

     b. List the persons other than your spouse who are dependent upon you for support

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.   Do you own or are you buying a home?          Yes ___ No _X_
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?                     Yes ___ No _X_
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ___ No ___ If so, Total due: $ _____ N/A _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ___ No _X_ (Do **not** include account numbers.)
12  Name(s) and address(es) of bank: _____ N/A _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ___ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ___ No _X_
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ __N/A__                          Utilities: _____
21  Food: $ _____                       Clothing: _____
22  Charge Accounts:
23  <u>Name of Account</u>         <u>Monthly Payment</u>         <u>Total Owed on This Acct.</u>
24  __N/A__                    $ _____                $ _____
25  _____                 $ _____                $ _____
26  _____                 $ _____                $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do **not** include account numbers.)    N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 3 -

1
2
3   10.    Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?   Yes ___ No _X_
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8
9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  JULY 21, 2008                           *Daniel Porter* (signature)
15       DATE                               SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28