*E-Filed 2/22/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID B. PORTEE,                                    No. C 08-3566 RS (PR)

        Plaintiff,                          **ORDER DISMISSING COMPLAINT**
                                                   **WITH LEAVE TO AMEND**

    v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.
_____/

      This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state

prisoner against defendants for allegedly destroying evidence which may have exonerated

plaintiff.  The Court now reviews the second amended complaint pursuant to 28 U.S.C.

§ 1915A(a).

## DISCUSSION

**A.      Standard of Review**

      Federal courts must engage in a preliminary screening of cases in which prisoners

seek redress from a governmental entity or officer or employee of a governmental entity.

28 U.S.C. § 1915A(a).  The court must identify cognizable claims or dismiss the complaint,

or any portion of it, if the complaint "is frivolous, malicious, or fails to state a claim upon

United States District Court
For the Northern District of California

which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b). Pro se pleadings must nonetheless be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48 (1988).

**B.     Legal Claims**

Plaintiff alleges that defendants (1) Joe Alvarado, property room supervisor for the San Jose Police Department, (2) A. Tovar, a San Jose police officer, and (3) S. Macias, also a San Jose Police officer, violated plaintiff's rights to due process and to be free from cruel and unusual punishment by destroying evidence that may have exonerated him. Plaintiff also alleges that some evidence related to plaintiff's criminal case was released to the care of defendant (4) Jack Woodall, also a San Jose police officer. Liberally construed, plaintiff has stated claims against defendants (1)–(3) that are cognizable under § 1983. Plaintiff, however, has failed to allege any wrongdoing by (4) Woodall. Accordingly, the complaint is DISMISSED with leave to amend. Plaintiff shall file an amended complaint addressing the deficiencies discussed above within 30 days from the date this order is filed. The third amended complaint must include the caption and civil case number used in this order (08-3566 RS (PR)) and the words THIRD AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his third amended complaint all the claims he wishes to present and all of the defendants he wishes to sue, *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), including the claims against defendants (1)–(3) which, when liberally construed, appear to state claims for relief. Plaintiff may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

United States District Court
For the Northern District of California

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).  Motions for extensions of time must be filed no later than the deadline sought to be extended and must be accompanied by a showing of good cause.

**IT IS SO ORDERED**.

DATED:  February 22, 2011

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California

No. C 08-3566 RS (PR)
ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND
3